Same case below, 572 F.3d 150.

**No. 09-768. Robert D. Straley, Petitioner v. Utah Board of Pardons, et al.**

559 U.S. 991, 130 S. Ct. 1737, 176 L. Ed. 2d 213, 2010 U.S. LEXIS 2257, ▮

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 582 F.3d 1208.

**No. 09-770. The Boston Teachers Union, Local 66, et al., Petitioners v. Commonwealth Employment Relations Board, et al.**

559 U.S. 992, 130 S. Ct. 1738, 176 L. Ed. 2d 213, 2010 U.S. LEXIS 2303.

March 8, 2010. Petition for writ of certiorari to the Appeals Court of Massachusetts denied.

Same case below, 74 Mass. App. 500, 908 N.E.2d 772.

**No. 09-775. Kentucky, Petitioner v. Michael Baker.**

559 U.S. 992, 130 S. Ct. 1738, 176 L. Ed. 2d 213, 2010 U.S. LEXIS 2267.

March 8, 2010. Petition for writ of certiorari to the Supreme Court of Kentucky denied.

Same case below, 295 S.W.3d 437.

**No. 09-776. Jim O'Neal Distributing, Inc., Petitioner v. One Industries, LLC.**

559 U.S. 992, 130 S. Ct. 1739, 176 L. Ed. 2d 213, 2010 U.S. LEXIS 2276.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 578 F.3d 1154.

**No. 09-778. Saint-Gobain Corporation, Petitioner v. Gemtron Corporation.**

559 U.S. 992, 130 S. Ct. 1739, 176 L. Ed. 2d 213, 2010 U.S. LEXIS 2207.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 572 F.3d 1371.

**No. 09-783. Alonzo R. Brinkley, II, Petitioner v. Jon Ozmint, Director, South Carolina Department of Corrections.**

559 U.S. 992, 130 S. Ct. 1739, 176 L. Ed. 2d 213, 2010 U.S. LEXIS 2249.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 328 Fed. Appx. 256.

**No. 09-785. Christopher F. Corey, Petitioner v. Melnor, Inc.**

559 U.S. 992, 130 S. Ct. 1739, 176 L. Ed. 2d 213, 2010 U.S. LEXIS 2295.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 583 F.3d 1249.